

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00078-CV

| | | |
|---|---|---|
| VICTORIA DAVID, INDEPENDENT EXECUTRIX OF THE ESTATE OF JEAN CASH DAVID AND AS TRUSTEE OF THE BILL AND JEAN DAVID FAMILY TRUST, Appellant | § § | On Appeal from the 348th District Court of Tarrant County (348-307403-19) |
| v. | § | October 22, 2020 |
| ALLAN HOWETH, INDIVIDUALLY, AND CANTEY HANGER, L.L.P., Appellees | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Victoria David shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
    Justice Dabney Bassel